UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GENE ALLEN CLAUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09-CV-815 CAS |
| | ) | |
| PATRICIA A. HAGEMAN, CHARLES | ) | |
| BRYSON, GENE STUBBLEFIELD, | ) | |
| ALMEDA BALL-TYLER, IRENE | ) | |
| MITCHELL, STEVE BROCK, JERRY | ) | |
| STEWART, and OTHER UNKNOWN | ) | |
| CITY/CORRECTIONAL EMPLOYEES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(b)

This matter is before the Court on review of the file. On September 24, 2009, after granting plaintiff's request to proceed in forma pauperis, this Court ordered plaintiff to pay an initial partial filing fee of $9.90 within thirty (30) days (Doc. 6). Plaintiff has failed to comply with the Court's Order, and the time to do so has now passed.

Accordingly,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED**, without prejudice, for plaintiff's failure to comply with this Court's Order of September 24, 2009. See Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that, pursuant to 28 U.S.C. § 1915(a), an appeal from this dismissal would not be taken in good faith.

                                                                 */s/ Charles A. Shaw*
                                                  **CHARLES A. SHAW**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated this  27th  day of October, 2009.